ORDERED.

**Dated:  August 09, 2018**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No. 6:18-bk-01045-KSJ

In re:

JEFFREY MICHAEL MCMENAMIN,

　　　Debtor.

_____/

## ORDER DISMISSING CASE
## FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS

THIS CASE came on for hearing on August 7, 2018 at 9:30 am, upon the Motion to Dismiss Case for Failure to Maintain Timely Plan Payments (DE 25).  The Court, having heard arguments of counsel and being otherwise fully informed in the premises, finds that this case should be dismissed.  Accordingly, it is hereby

**ORDERED AND ADJUDGED AS FOLLOWS:**

1.　　　The Motion (DE 25) is GRANTED.

2.　　　The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3.　　　The Trustee shall refund all funds on hand, if any, to the Debtor in care of the Debtor's attorney, when represented by an attorney.

4.      The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

5.      The Trustee is discharged from any further duties.

**Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order**